IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STONEBRIDGE LIFE INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 1:11-cv-4826 |
| ) | |
| ANGELA R. JONES and VANETTA THOMAS ) | |
| ) | |
| Defendants. ) | |

**STONEBRIDGE LIFE INSURANCE COMPANY'S MOTION FOR FINAL JUDGMENT ORDER IN INTERPLEADER**

Stonebridge Life Insurance Company ("Stonebridge") by and through its attorneys, William A. Chittenden, III and Stuart F. Primack of Chittenden, Murday & Novotny LLC, moves this Court for the entry of a Final Judgment Order in Interpleader. In support of its Motion, Stonebridge states as follows:

1. On July 18, 2011, Stonebridge filed its Complaint for Interpleader ("Complaint for Interpleader") against defendants Angela R. Jones and Vanetta Thomas pursuant to 28 U.S.C. §§ 1335, 1397 and 2361 (2007) with respect to the rights and obligations of the parties pursuant to a group accidental death and dismemberment policy of insurance, Policy No. 25628 GC900, that Stonebridge issued to Citibank (South Dakota) N.A. and a Certificate of Insurance (Certificate No. 82AR6C6005) insuring Bob Thomas (the Policy and the Certificate of Insurance are hereinafter collectively referred to as the "Policy.").

2. On July 28, 2011, this Court granted Stonebridge's Motion for Leave to Deposit its total admitted liability and, in accordance with this Court's Order, Stonebridge deposited its admitted liability in the amount of Fifteen Thousand Dollars ($15,000.00) into the registry of this

Court, subject to this Court's further orders as to whom among the Defendants is entitled to receive those proceeds.

3. On July 28, 2011, this Court also granted Stonebridge's Motion for Restraining Order and entered an order restraining and enjoining Angela R. Jones and Vanetta Thomas, or any person or entity claiming through them, from commencing or prosecuting any proceeding against Stonebridge Life Insurance Company in any state or federal court or other forum with respect to the benefits payable under the Policy and on account of the death of Bob Thomas.

4. In an attempt to save the costs of formal service and in accordance with Rule 4(d) of the Federal Rules of Civil Procedure, Stonebridge requested that Angela R. Jones and Vanetta Thomas each waive service of summons and mailed two (2) copies of the Waiver of Service of Summons form and the Complaint for Interpleader to each of them at their respective home addresses.

5. Vanetta Thomas and Angela Jones have each executed and returned their respective Waiver of Service of Summons forms, thereby agreeing to waive service.

6. This Court has jurisdiction over the subject matter of this cause and over the parties.

7. Stonebridge has done all that is required by law to perfect its Interpleader Action.

8. Stonebridge has properly served a copy of this Motion for Final Judgment Order in Interpleader on the Defendants.

9. Stonebridge submits its Proposed Final Judgment Order in Interpleader herewith in accordance with the court's procedures.

WHEREFORE, Stonebridge Life Insurance Company respectfully requests this Court enter an Order:

A    Entering judgment in favor of Stonebridge Life Insurance Company and against Defendants Angela R. Jones and Vanetta Thomas on the Complaint for Interpleader;

B    Releasing and discharging Stonebridge Life Insurance Company, its successors, assigns, representatives, agents, attorneys, and all of its affiliated companies, including officers, directors, and employees from any and all liability to Defendants Angela R. Jones and Vanetta Thomas, or any person or entity claiming through them;

C    Permanently and perpetually restraining and enjoining Defendants Angela R. Jones and Vanetta Thomas, or any person or entity claiming through them, from commencing or prosecuting any proceeding or claim in any federal, state or administrative court or other forum with respect to the insurance proceeds payable under the Policy and on account of the death of Bob Thomas;

D    Excusing Stonebridge Life Insurance Company from further attendance upon this cause and dismissing Stonebridge Life Insurance Company from this cause with prejudice and with an express finding that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delaying either the enforcement of appeal of this Order or both;

E    Requiring Defendants Angela R. Jones and Vanetta Thomas, or any person or entity claiming through them, to litigate their entitlement to the Policy proceeds among themselves and without further involving Stonebridge Life Insurance Company; and

F    Granting Stonebridge Life Insurance Company such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

STONEBRIDGE LIFE INSURANCE COMPANY

By:   /s/ Stuart F. Primack
        One of its Attorneys

William A. Chittenden, III
Stuart F. Primack
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
(312) 281-3600

O:\ST103\41773 Thomas\PLDGS\Mtn for Final Judgment Order in Interpleader.doc

*Certificate of Service*

I hereby certify that on **October 27, 2011,** I caused to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **Stonebridge Life Insurance Company's Motion for Final Judgment Order in Interpleader** via electronic filing. Parties may access the filing using the Court's CM/ECF system.

/s/ Stuart F. Primack
Stuart F. Primack
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois  60606
(312) 281-3600
(312) 281-3678 (fax)
sprimack@cmn-law.com